UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Kenneth Burgess, | ) | Civil Action No. 4:11-3478-RBH-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER TEMPORARILY |
| | ) | SUSPENDING |
| City of Lake City, | ) | PRETRIAL DEADLINES |
| | ) | |
| Defendant. | ) | |
| | ) | |

For good cause shown, the court GRANTS the parties' Joint Motion to Stay Pretrial Disclosures and Mediation Deadlines, ECF No. 30. This Order suspends remaining deadlines found in the court's February 14, 2012 Conference and Scheduling Order, ECF No. 9, until further notice of the court. The parties are advised that an amended scheduling order that includes revised deadlines for mediation, pretrial disclosures and other pretrial filings, and jury selection/trial will be issued within 15 days of the court's order on Defendant's pending Motion for Summary Judgment.

IT IS SO ORDERED.

November 7, 2012
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge